**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 525 & 670 NORTH CAROLINA DRIVE HOLDINGS LIMITED PARTNERSHIP,<br><br>    Plaintiff,<br><br>    v.<br><br>HACIENDA HEIGHTS EL PASO LLC,<br><br>    Defendant. | Case No. 8:25-cv-02683-DOC-ADSx<br><br>**ORDER GRANTING PLAINTIFF 525 & 670 NORTH CAROLIINA DRIVE HOLDINGS LIMITED PARTNERSHIP'S MOTION TO REMAND AND REQUEST FOR JUDICIAL NOTICE [14]** |

-1-

## ORDER

Plaintiff 525 & 670 North Carolina Drive Holdings Limited Partnership ("Plaintiff") filed a Motion to Remand to the Justice of the Peace Court, Precinct Five, El Paso County, Texas. Plaintiff also filed a Request for Judicial Notice in support of its Motion to Remand on the same day. Plaintiff's motion remains unopposed despite Court order. Therefore the Court ORDERS:

1.      Plaintiff's Request for Judicial Notice is hereby **GRANTED**, and the Court takes judicial notice of Exhibits A, B, and C.

2.      Plaintiff's Motion to Remand is hereby **GRANTED**.

3.      This action is hereby **REMANDED** to the Justice of the Peace Court, Precinct Five, El Paso County, Texas pursuant to 28 U.S.C. § 1447(c).

**IT IS SO ORDERED.**

Dated:  January 28, 2026

David O. Carter
United States District Judge

-2-